ADAMS, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>MICHAEL L. HEGYI, )<br> )<br>  Defendant. )<br> ) | CASE NO. 1:05CR240<br><br>Judge John R. Adams<br><br>ORDER |

A summons was issued in this matter for April 23, 2025 at 12:00 p.m. Due to information provided by the Probation Office, the initial appearance is cancelled until further order of the court.

**IT IS SO ORDERED.**

Date: April 14, 2025       /s/ *John R. Adams*
**JOHN R. ADAMS**
**UNITED STATES DISTRICT JUDGE**